# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

McDonald's Corporation, et al.

                                Plaintiff,

v.                                               Case No.: 1:22−cv−02682
                                                        Honorable Lindsay C. Jenkins

KAH Insurance Brokerage, Inc., et al.

                                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, October 5, 2023:

      MINUTE entry before the Honorable Lindsay C. Jenkins: Defendant's unopposed motion for leave to respond to the LR 56.1 Objections [90] is granted. Defendant is to file its responsive pleading as a freestanding docket entry by October 6, 2023. Mailed notice. (jlj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.