# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.1)
### Eastern Division

McDonald's Corporation, et al.

                Plaintiff,

v.                               Case No.: 1:22−cv−02682
                                   Honorable Lindsay C. Jenkins

KAH Insurance Brokerage, Inc., et al.

                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, October 15, 2024:

      MINUTE entry before the Honorable Lindsay C. Jenkins: The motion to compel [105] is referred to the assigned magistrate judge for ruling. The Court advises the parties to contact Judge Coles courtroom deputy to set a briefing schedule on the motion. The notice of motion set for October 16, 2024 is stricken. Mailed notice. (jlj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.